In the United States Southern District Court of Iowa

## Petition

Case # OTSMSM051405

Person filing,
Mitchell David Schlote

Concerning,
City of Ottumwa
Ottumwa Police Department
   Officer Quincy Collier
   Officer Robert Shaffner
Wapello County Jail
Wapello County District Court
   Judge Micheal Fisher
   Prosecutor Brent Hinders
   Judge Sarah Wenke
   Judge Misty White
   Judge Joseph Goedken

**RECEIVED**

SEP 15 2025

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

---

I, Mitchell David Schlote am representing myself in this petition. I am filing this petition due to this case being a form of retaliation against a witness and victim to a matter that is being covered up by the local Wapello County District Court and the State of Iowa/Wapello County authorities. On 06/02/25 around 06:18 pm I had just finished walking across a 4th bridge for the day I was freely exercising my right to travel that day since it was such a nice day. After crossing the bridge I had gotten about a block from the bridge and was stopped by the Ottumwa Police Department. Officer Quincy Collier approached me and said he wanted to do some sobriety test. I proceeded with the sobriety tests. The two "sobriety tests" the officer used were not standard sobriety tests or at least not enough to prove sobriety either way. The first test the officer used he had me follow his finger and looped back to my nose which seemed unprofessional as my eyes crossed when he got to my nose. The second sobriety test he used the officer had me tip my head back and count to 30. I did not stagger, loose balance, slur, nor did I give any indications of being intoxicated. I was in fact not intoxicated. The officer proceeded to tell me that I was intoxicated and he was taking me to jail. I asked the officer if he could use some other sobriety tests such as a breathalyzer, a urine analysis, or any other sobriety tests being I was not intoxicated. This was retaliation against me being I have been going to court to prove that someone had rear ended me 4 times and attempted to murder me the night of 12/28/24. I would like this charge removed from my record. I would like the retaliation to stop. I would also like compensation for damages done. I will submit a compensation petition after review by the courts.

I <u>Mitchell Schlote</u> Certify for service of delivery of this document.

In the United States District Court [illegible]

RECEIVED

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

[illegible]

I Mitchell Schlote have read this legal document, and I certify the information I have provided in this legal document is true and correct.

Signed and dated on 09/11/25
Mitchell David Schlote

Mitchell David Schiebe
526 North Green Street
Ottumwa, IA 52501

DES MOINES IA 500

11 SEP 2025 PM 3 L

1 77



U.S. District Courts
Southern District Court of Iowa
123 E Walnut Street
Des Moines, IA 50309



BY U.S.M.S.



1808 Cooper Drive
Ottumwa, IA 52501